1
2
3
4

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| GARY SCOTT SAMANIEGO, | No. 2:15-CV-00272-FVS |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on February 9, 2017, ECF No. 25, recommending Plaintiff's Motion for Summary Judgment, ECF No. 19, be denied and Defendant's Motion for Summary Judgment, ECF No. 22, be granted. No objection was filed. After review, the Court hereby adopts the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 25**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 19,** is **DENIED.**

3. Defendant's Motion for Summary Judgment, **ECF No. 22,** is **GRANTED**.

The District Court Executive is directed to file this Order and forward copies to the parties. Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED March 1, 2017.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge